IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| KIMBERLY WILCOX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 324-012 |
| | * | |
| GROW CREDIT INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC, | * * * | |
| | * | |
| Defendants. | * | |

O R D E R

Having earlier indicated that Plaintiff has reached a settlement with Defendant Grow Credit Inc. (doc. no. 7), Plaintiff has now filed a "Notice of Dismissal" as to that Defendant. The Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims asserted against Defendant Grow Credit Inc. in this matter are **DISMISSED WITH PREJUDICE**; each party shall bear their own costs. Administratively, the Clerk shall **TERMINATE** only Defendant Grow Credit Inc. from the record of the case.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE