IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| KIMBERLY WILCOX,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, and TRANSUNION, LLC,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*  CV 324-012<br>*<br>*<br>*<br>*<br>* |

O R D E R

Having earlier indicated that Plaintiff has reached a settlement with Defendant TransUnion, LLC (doc. no. 8), Plaintiff has now filed a "Stipulation of Dismissal" as to that Defendant. The Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  **IT IS THEREFORE ORDERED** that Plaintiff's claims asserted against Defendant TransUnion, LLC, are **DISMISSED WITH PREJUDICE**; each party shall bear their own costs. Administratively, the Clerk shall **TERMINATE** only Defendant TransUnion, LLC, from the record of the case.

    **ORDER ENTERED** at Augusta, Georgia, this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE