IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| KIMBERLY WILCOX, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 324-012 |
| | * | |
| EQUIFAX INFORMATION SERVICES, LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

Having earlier indicated that Plaintiff has reached a settlement with Defendant Equifax Information Services, LLC (doc. no. 13), Plaintiff has now filed a "Notice of Dismissal" as to that Defendant. The Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims asserted against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**; each party shall bear their own costs. As all defendants have been dismissed now, the Clerk is instructed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE